UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| INOCENCIO PEREZ,<br><br>        Plaintiff,<br>   v.<br>CITIMORTGAGE INC, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 10-05675 LB<br><br>**ORDER TRANSFERRING CASE TO SAN JOSE DIVISION** |

On December 14, 2010, Plaintiff, who is *pro se*, filed a complaint to "Quiet Title/Lis Pendens." Complaint, ECF No. 1. The complaint also alleges that Defendants violated the Truth in Lending Act. *Id.* All of Plaintiff's claims concern a mortgage for real property located at 10330 Athene Drive, San Jose, California 95127. *Id.* at 1.

Under Civil Local Rule 3-2(c), a "civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Furthermore, a civil action may be transferred upon motion of the parties or by the court if (1) the action was not assigned to the proper division or (2) if the convenience of the parties and witnesses or the interests of justice will be served by transferring it. Civil L.R. 3-2(h).

Though Plaintiff's complaint does not identify the basis for assignment of this case to a particular division as required by Civil Local Rule 3-5(b), the property that is the subject of this suit is located in Santa Clara County. Complaint, ECF No. 1 at 1 ("This controversy is over Five Hundred

C 10-05675
ORDER TRANSFERRING CASE TO SAN JOSE DIVISION

Thousand Dollars and it also involves a real property located at 10330 Athene Dr, San Jose, CA 95127"). Moreover, this action does not fall within the categories of cases subject to district-wide assignment. Civ. L.R. 3-2(c). As a result, this case shall be reassigned to the San Jose Division.

**IT IS SO ORDERED.**

Dated: January 5, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05675
ORDER TRANSFERRING CASE TO SAN JOSE DIVISION

2