UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INOCENCIO PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 10-05675 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　On January 21, 2011, Defendants filed a motion to dismiss this action. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 28, 2011. *See* Civ. L.R. 73-1(a)(2). None of the parties has either consented or requested reassignment. Therefore,

　　　　IT IS HEREBY ORDERED that no later than February 6, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: January 31, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER