UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INOCENCIO PEREZ,<br><br>                Plaintiff,<br><br>    v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>                Defendant. | Case No.: C 10-05675 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

       On January 21, 2011, Defendant Citimortgage Inc. ("Citimortgage") filed a motion to dismiss this action. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 28, 2011.[1] None of the parties did so.

       This court subsequently extended the deadline for the parties to consent to magistrate judge jurisdiction to February 6, 2011.[2] Citimortgage consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) on February 4, 2011.[3] Plaintiff and Defendant Quality Loan Service Corp. have neither consented nor requested reassignment. Because Citimortgage has

---

[1] *See* Civ. L.R. 73-1(a)(2).

[2] *See* 1/31/11 Order Setting Deadline (Docket No. 12).

[3] *See* 2/4/11 Consent (Docket No. 13).

ORDER, *page 1*

1 | applied to this court for final disposition against a party who has not consented to the jurisdiction
2 | of the magistrate judge,

3 |     IT IS HEREBY ORDERED that this case now be reassigned to a district judge.

4 | Dated: February 7, 2011

*(signature)*
PAUL S. GREWAL
United States Magistrate Judge

Case 5:10-cv-05675-LHK Document 14 Filed 02/08/11 Page 3 of 3

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on   2/8/11   to:

Inocencio Perez
10330 Athene Drive
San Jose, CA 95127

　　　　　　　　　　　　　　　　　　　　*/s/ Kelly Lowenberg*
　　　　　　　　　　　　　　　　　　　　OSCAR RIVERA
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy