UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INOCENCIO PEREZ,<br><br>                Plaintiff,<br>    v.<br><br>CITIMORTGAGE, INC; QUALITY LOAN SERVICE CORP.,<br><br>                Defendants. | Case No.: 10-CV-05675-LHK<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On April 26, 2011, Plaintiff filed a motion requesting that the Court dismiss the instant action without prejudice. The Court construes Plaintiff's request as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), no party has served either an answer or a motion for summary judgment. The action is therefore DISMISSED without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2011

                                            *Lucy H. Koh*
                                            LUCY H. KOH
                                            United States District Judge